ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
ddonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY ADAMSON, as Wrongful Death Heir, and as Successor-in-Interest to MILES ADAMSON, Deceased, and STEVEN ADAMSON and MARK ADAMSON, as Legal Heirs of MILES ADAMSON, Deceased,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　　　Defendant. | No. 3:11-cv-00424-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT GENERAL ELECTRIC COMPANY** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations against defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:   September 14, 2021　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

K:\Injured\114422\FED\PLD\ord rfd dwop GE..doc

**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT GENERAL ELECTRIC COMPANY**